# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIE FLORENCE LAGUERRE** <br><br> v. <br><br> **PEOPLES PROPERTY ADJUSTERS, LLC, et al.** | **CIVIL ACTION** <br><br> **NO. 19-1405** |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 22nd day of August, 2019, upon review of Defendants' Motion to Dismiss (ECF 8), the Response thereto (ECF 9), and for the reasons set out in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Due to factual disputes as to diversity jurisdiction under 28 U.S.C. § 1332, Defendants' Motion is **HELD UNDER ADVISEMENT**;

2. The parties shall complete discovery on the jurisdictional issues within sixty (60) days and file briefs with supporting exhibits within seventy (70) days;

3. The parties shall exchange relevant documents as soon as possible and may conduct depositions promptly; and

4. If necessary, the Court shall have a conference to resolve discovery disputes and/or an evidentiary hearing to resolve factual disputes as to jurisdiction.

                                                    **BY THE COURT:**

                                                    **/s/ Michael M. Baylson**
                                                    **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-1405 Laguerre v Peoples Prop Adjusters\19cv1405 Order re MTD.docx